ROE, *ex. dem.* of JOHN HERRIN, plaintiff in error, *vs.* DOE and E. C. GRANNIS, administrator, tenant, defendants in error.

(McCay, J., having been of counsel below, did not preside in this case.)

The action of the Court below upon a collateral issue, is not reviewable by writ of error while the cause is pending below. Such a case being brought up, the writ of error was dismissed without prejudice to plaintiff's right to file a bill of exceptions *pendente lite* under section 4191, Revised Code. (R.)

This was an action of ejectment in Lee Superior Court. The defendant filed an affidavit attacking the genuineness of a deed under which plaintiff claimed title to the premises. The Court ordered a trial as to the genuineness of said deed. Evidence was introduced *pro* and *con;* the Court charged the jury, and they found that said deed was genuine. Thereupon counsel for defendant filed a brief of said evidence and moved for a new trial of said issue upon various grounds. The Court refused a new trial, and that is assigned as error.

The action of ejectment was not tried. Because the cause was still pending below, this Court dismissed the writ of error here. Counsel for plaintiff in error asked this Court so to shape its order of dismissal as to allow them to file a bill of exceptions *pendente lite.* The Court dismissed the cause because prematurely here, "without prejudice to any legal right the plaintiff may have to file his exceptions in the Superior Court under section 4191 of the Code."

VASON & DAVIS, W. A. HAWKINS, for plaintiff in error.

F. T. SNEAD, R. N. ELY, for defendants.